UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE JW ROBERTS, JR,

                Plaintiff,

  v.

TIM THRASHER, et al.,

                Defendant.

CASE NO. 2:20-cv-00376-RSM-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, Dkt. #44.

(2)    Plaintiff's "motion for temporary restraining order or injunction order," Dkt. #23, is DENIED without prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 22nd day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1