UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE JW ROBERTS, JR, <br><br> Plaintiff, <br><br> v. <br><br> TIM THRASHER, et al., <br><br> Defendant. | CASE NO. 2:20-cv-00376-RSM-BAT <br><br> **ORDER DIRECTING PLAINTIFF TO FILE FINAL TWO PAGES OF PROPOSED AMENDED COMPLAINT** |

This matter comes before the Court on plaintiff's motion to amend his complaint (Dkt. 43). Upon reviewing plaintiff's proposed amended complaint (Dkt. 43-1), it appears that the final two pages of the document are missing from the docket. Specifically, the Court notes that the last page in the document before the Court is enumerated as page 40 of 42 and that the document appears to be missing the prayer for relief section as well as plaintiff's signature.

Accordingly, plaintiff is directed to file the final two pages of plaintiff's proposed amended complaint (presumably enumerated by plaintiff as pages 41 and 42) **on or before November 17, 2020**. Upon receipt of these two pages the Court will proceed to rule on plaintiff's motion to amend the complaint (Dkt. 43).

DATED this 10th day of November, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge