UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

To: Courts, Defendants          Honorable: Ricardo S. Martinez
From: Joe Roberts (Plaintiff)              Brian A. Tsuchida
No. 2:20-cv-00376-RSM-BAT

MOTION REQUESTING WHY HASN'T
THE JUDGE RESPONDED TO PLAINTIFFS
MOTION OF OBJECTION DKT 105

On January 25 2021, Plaintiff filed a motion OBJECTING. See DKT. 105. Why hasn't the court responded to my objection. I am concerned because its been a month and the court never responded. I intend to file an appeal but I cannot file an appeal until to the issues have a final ruling.
This case is going to need an expert witness.

RELIEF

I respectfully request the court make a ruling on DKTS. 83 and 105. Please review my motions and give me a final ruling. Thank you.

S/Roberts          X: 2/20/21

MCC
PO Box 514
Monroe, WA 98272-0514          1 of 1