UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE JW ROBERTS, JR, <br><br> Plaintiff, <br><br> v. <br><br> TIM THRASHER, et al., <br><br> Defendant. | CASE NO. 2:20-cv-00376-RSM-BAT <br><br> **ORDER ON PLAINTIFF'S MOTION REGARDING OBJECTIONS** |

On February 23, 2021, Plaintiff filed a motion asking, "why hasn't the court responded to my objection." Dkt. 114. Plaintiff's inquiry flows from motions he filed on December 23, 2021 that mental illness was interfering his ability to litigate, defendants are trying to sabotage Plaintiff and demanding a jury. Dkts. 78, 79, and 80. The motions were noted for January 8, 2021 and Defendants filed a response on January 4, 2021. Dkt. 81. On January 11, 2021 Plaintiff filed a reply to Defendants' response which the Court finds does not alter the denial of Plaintiff's motions. On January 25, 2021, Plaintiff filed an objection to defendants' response indicating the prison e-filed his reply late and he was not given enough time to file a reply. Dkt. 83.

Plaintiff's objections are unfounded. He presents nothing showing defendants' response was not timely filed or somehow improper. As to the timeliness of Plaintiff's reply, although Plaintiff states it takes days for the prison to e-file a pleading, he nonetheless waited until January 7, 2021 to submit his reply, resulting in an untimely filing. The Court in any event

ORDER ON PLAINTIFF'S MOTION
REGARDING OBJECTIONS - 1

reviewed Plaintiff's Reply when it was filed on January 12, 2021 and concluded it did not alter the order entered the day before.

The clerk shall provide a copy of this order to the parties.

DATED this 25th day of February 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION
REGARDING OBJECTIONS - 2