UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TO: COURT DEFENDANTS          BRIAN A. TSUCHIDA
FROM: Joe Roberts (plaintiff)  RICARDO S. MARTINEZ
No. 2:20-cv-376-RSM-BAT

PLAINTIFFS MOTION TO APPEAL ORDER DATED 2/25/2021 OF DKT. 116

I appeal the order dated 2/25/2021 entered by this court in the above case.

x _____          3/4/2021

Address: Monroe Correctional Complex
PO Box 512
Monroe, WA 98272-0512

1 of 1