| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | APR 15 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOE J.W. ROBERTS,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>TIM THRASHER, Housing Coordinator Director, Department of Corrections; et al.,<br><br>      Defendants-Appellees. | No.   21-35183<br><br>D.C. No.<br>2:20-cv-00376-RSM-BAT<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CLIFTON, MURGUIA, and BRESS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the February 25, 2021 order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *see also In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED**.

DA/Pro Se