HONORABLE JUDGE RICARDO S. MARTINEZ
MAGISTRATE JUDGE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOE JW ROBERTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> TIM THRASHER, et al., <br><br> Defendants. | NO. 2:20-cv-00376-RSM-BAT <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Pursuant to the Stipulated Motion for Order of Dismissal and the Settlement Agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party.

DATED this 2nd day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

ROBERT W. FERGUSON
Attorney General

s/ Katherine J. Faber
KATHERINE J. FABER, WSBA #49726
Attorney for Defendants

s/ Harry Williams IV
HARRY WILLIAMS IV, WSBA #41020
Attorney for Plaintiff